IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MONIQUE RUFFIN, | ) | CASE NO. 8:07CV146 |
| Plaintiff, | ) ) ) | |
| V. | ) | ORDER OF DISMISSAL |
| CENTRAL STATES HEALTH AND LIFE CO. OF OMAHA, A Nebraska Corporation, | ) ) ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Stipulation and Motion for Dismissal with Prejudice. The parties' stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the motion should be granted. Accordingly,

IT IS ORDERED:

1. The joint Motion for Dismissal with Prejudice (Filing No. 11) is granted;

2. The Complaint (contained in Filing No. 1, Attachment No. 1) is dismissed with prejudice; and

3. The parties will pay their own costs and attorneys' fees.

DATED this 13th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge